UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


BILLY J. GREER )
 )
v. ) NO. 2:07-CV-54
 )
JOHNSON COUNTY JAIL, SHERIFF )
MIKE REECE and THE TRADITIONS )
COMPANY THAT SENDS THE )
FROZEN DINNERS TO THE JAIL )


## MEMORANDUM and ORDER

Billy J. Greer filed this *pro se* civil rights action for injunctive relief under 42 U.S.C. § 1983, alleging that the food served at the Johnson County jail was insufficient in amount and nutritional content, in violation of his constitutional rights. His application to proceed without prepayment of fees is **GRANTED**. (Doc. 1). However, no service shall issue and the complaint will be dismissed for the following reason.

When the plaintiff filed this action, he was confined in the Johnson County jail. However, he since has notified the Court that he has been released . (Doc. 5). Thus, all issues concerning injunctive relief with respect to the conditions at the Johnson County jail have become moot by virtue of plaintiff's release from that facility. *Kensu v. Haigh*, 87 F.3d 172, 175 (6th Cir.1996).

Because the plaintiff asserted only claims for injunctive relief, the entire case will be **DISMISSED** as **MOOT**.

A separate order will enter.

ENTER:

                                                                        s/ Leon Jordan
                                                  United States District Judge